# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Lori Michelle Kantz                                    Case No. 23-50401-KMS
         Anthony Irvin Kantz, Debtors                           CHAPTER 13

## ORDER APPROVING THE SALE OF CERTAIN REAL PROPERTY

    ON THIS DATE the Court considered the Motion to Approve the Sale of Certain Real Property (Dk # ___) and no objection to the motion was timely filed by any party. It is therefore,

    **ORDERED** and **ADJUDGED** that the sale of the real property is approved. Heirs are allowed to sell certain real property, located at 621 West 29th Street, Laurel, Jones County, Mississsppi and more particularly described as:

> Lots Eight (8) and Nine (9) of Block "A" of the Highland Park Subdivision to the City of Laurel, as per plat thereof now on file in the Office of the Chancery Clerk, Second Judicial District of Jones County, at Laurel, Mississippi.

    The mortgage lien and all other valid liens shall be paid in full from the proceeds. That joint debtor's portion of any funds remaining after the loan and all closing costs are paid shall be turned over to the Trustee for disbursement in Debtors' bankruptcy estate.

##END OF ORDER##

SUBMITTED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr., (MSBN103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601)500-5533