# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  Lori Michelle Kantz                                           Case No. 23-50401-KMS
          Anthony Irvin Kantz, Debtors                                    CHAPTER 13

## NOTICE

    Debtors have filed papers with the court to approve the sale of certain real property. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

    If you do not want the court to grant the Motion, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:

    File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr., U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501

    If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

    You must also mail a copy to the debtors' attorney:

Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

    If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion.

Date: December 9, 2025          Signature:   /s/ Thomas C. Rollins, Jr.
                                                        Thomas C. Rollins, Jr. (MSBN 103469)
                                                        Jennifer A Curry Calvillo (MSBN 104367)
                                                        The Rollins Law Firm, PLLC
                                                        PO Box 13767
                                                        Jackson, MS 39236
                                                        601-500-5533
                                                        trollins@therollinsfirm.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:  Lori Michelle Kantz | Case No. 23-50401-KMS |
| Anthony Irvin Kantz, Debtors | CHAPTER 13 |

### MOTION TO APPROVE THE SALE OF CERTAIN REAL PROPERTY

COMES NOW, Debtors, by and through counsel, and move this Court to approve the sale of certain real property, and in support thereof, would show the Court as follows:

1. Debtors commenced this case by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.
2. That Joint Debtor, Anthony Irvin Kantz, inherited Certain Real Property located at 621 West 29th Street, Laurel, Jones County, Mississsppi post-petition. Joint Debtor has a 50% intrest in the propety.
3. That the heirs have listed this porperty for sell. This includes the house and land that is mortgaged by Carrington Mortgage Company, and more particularly described as:

    > Lots Eight (8) and Nine (9) of Block "A" of the Highland Park Subdivision to the City of Laurel, as per plat thereof now on file in the Office of the Chancery Clerk, Second Judicial District of Jones County, at Laurel, Mississippi.

4. That the heirs wish to sell the property for $56,000.00. That the loan with Carrington Mortgage Company and all other valid liens should be paid in full from the proceeds.
5. That Joint Debtor's interest in the funds remaining after the loan and all closing costs are paid should be turned over to the Trustee to apply to Debtors' bankruptcy.

WHEREFORE, Debtors pray that this motion be approved and for such additional or alternative relief as may be just and proper.

        Respectfully submitted

        /s/ Thomas C. Rollins, Jr.
        Thomas C. Rollins, Jr. (MSBN 103469)
        Jennifer A Curry Calvillo (MSBN 104367)
        The Rollins Law Firm, PLLC
        P.O. Box 13767, Jackson, MS 39236
        601-500-5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., certify that an accurate copy of the Motion was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

LORI MICHELLE KANTZ
ANTHONY IRVIN KANTZ

CASE NO: 23-50401-KMS

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 12/9/2025, I did cause a copy of the following documents, described below,

Notice and Motion to Approve Sale

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/9/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: | CASE NO: 23-50401-KMS |
| LORI MICHELLE KANTZ | **CERTIFICATE OF SERVICE** |
| ANTHONY IRVIN KANTZ | **DECLARATION OF MAILING** |
| | Chapter: 13 |

On 12/9/2025, a copy of the following documents, described below,

Notice and Motion to Approve Sale

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/9/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 23-50401-KMS<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>TUE DEC 9 9-44-5 PST 2025 | (P)21ST MORTGAGE CORPORATION<br>PO BOX 477<br>KNOXVILLE TN 37901-0477 | ALLY CAPITAL<br>CO AIS PORTFOLIO SERVICES  LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 |
| | EXCLUDE | EXCLUDE |
| ALLY CAPITAL  CO AIS PORTFOLIO SERVICES  LL<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 | (U)TOWER LOAN OF MISSISSIPPI  LLC DBA TOWER L | US BANKRUPTCY COURT<br>DAN M RUSSELL  JR US COURTHOUSE<br>2012 15TH STREET  SUITE 244<br>GULFPORT  MS 39501-2036 |
| | EXCLUDE | EXCLUDE |
| 1ST FRANKLIN FINANCIAL CORPORATION<br>ATTN ADMINISTRATIVE SERVICES<br>PO BOX 880<br>TOCCOA  GA 30577-0880 | (D)(P)21ST MORTGAGE CORPORATION<br>PO BOX 477<br>KNOXVILLE TN 37901-0477 | (D)(P)21ST MORTGAGE CORPORATION<br>PO BOX 477<br>KNOXVILLE TN 37901-0477 |
| AARONS<br>1906 HWY 15 N<br>LAUREL  MS 39440-1810 | ADVANCE FINANCIAL<br>100 OCEANSIDE DRIVE<br>NASHVILLE  TN 37204-2351 | ADVANCE FINANCIAL ADMINISTRATION  LLC<br>CO WEINSTEIN  RILEY  PS<br>2001 WESTERN AVE  STE 400<br>SEATTLE  WA 98121-3132 |
| | EXCLUDE | |
| AFFIRM  INC<br>PO BOX 720<br>SAN FRANCISCO  CA 94104-0720 | (D)ALLY CAPITAL CO AIS PORTFOLIO SERVICES  LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 | ALLY FINANCIAL  INC<br>ATTN BANKRUPTCY<br>500 WOODARD AVE<br>DETROIT  MI 48226-3416 |
| AMERICAN EXPRESS NATIONAL BANK<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN  PA 19355-0701 | AMEX<br>ATTN BANKRUPTCY<br>PO BOX 981540<br>EL PASO  TX 79998-1540 | AVANTWEBBANK<br>222 N LASALLE ST<br>SUITE 1600<br>CHICAGO  IL 60601-1112 |
| BARCLAYS BANK DELAWARE<br>ATTN BANKRUPTCY<br>PO BOX 8801<br>WILMINGTON  DE 19899-8801 | CFNA<br>ATTN BANKRUPTCY<br>PO BOX 81315<br>CLEVELAND  OH 44181-0315 | CAPITAL ONE<br>ATTN BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY  UT 84130-0285 |
| CAPITAL ONE<br>ATTNL BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY  UT 84130-0285 | CAPITAL ONE NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY  OK 73118-7901 | CHECK N GO<br>ATTN BANKRUPTCY<br>PO BOX 14283<br>CINCINNATI  OH 45250-0283 |
| CITIBANK<br>ATTN BANKRUPTCY<br>PO BOX 790034<br>ST LOUIS  MO 63179-0034 | CITIBANK NORTH AMERICA<br>CITIBANK SD MC 425<br>5800 SOUTH CORP PLACE<br>SIOUX FALLS  SD 57108 | COMENITYCAPITALACADMY<br>ATTN BANKRUPTCY<br>PO BOX 182125<br>COLUMBUS  OH 43218-2125 |

|  |  | EXCLUDE |
|---|---|---|
| CREDIT ONE BANK<br>ATTN BANKRUPTCY<br>PO BOX 98873<br>LAS VEGAS NV 89193-8873 | (P)DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN TX 78708-1577 | (D)(P)DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN TX 78708-1577 |
| DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | DISCOVER FINANCIAL<br>ATTN BANKRUPTCY<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | FIRST FRANKLIN<br>2001 HWY 15 N<br>STE A<br>LAUREL MS 39440-1820 |
| FORREST GENERAL<br>PO BOX 16389<br>HATTIESBURG MS 39404-6389 | INTEGRA CREDIT<br>ATTN BANKRUPTCY<br>120 S LASALLE ST<br>STE 1600<br>CHICAGO IL 60603-3402 | (P)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | MERRICK BANK<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10368<br>GREENVILLE SC 29603-0368 | MARINER FINANCE<br>ATTN BANKRUPTCY<br>8211 TOWN CENTER DRIVE<br>NOTTINGHAM MD 21236-5904 |
| MARINER FINANCE LLC<br>8211 TOWN CENTER DRIVE<br>NOTTINGHAM MD 21236-5904 | MERRICK BANK CORP<br>PO BOX 9201<br>OLD BETHPAGE NY 11804-9001 | (P)MISSION LANE LLC<br>PO BOX 105286<br>ATLANTA GA 30348-5286 |
| NMAC<br>ATTN BANKRUPTCY<br>PO BOX 660366<br>DALLAS TX 75266-0366 | NETCREDIT<br>175 W JACKSON BLVD<br>SUITE 1000<br>CHICAGO IL 60604-2863 | NISSAN MOTOR ACCEPTANCE COMPANY LLC<br>FKA NISSAN MOTOR ACCEPTANCE CORPORATION<br>PO BOX 9013<br>ADDISON TEXAS 75001-9013 |
| PERSONIFY<br>ATTN BANKRUPTCY<br>PO BOX 500650<br>SAN DIEGO CA 92150-0650 | (P)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY CAPITAL BANK<br>PO BOX 788<br>KIRKLAND WA 98083-0788 |
| (P)REPUBLIC FINANCE LLC<br>282 TOWER RD<br>PONCHATOULA LA 70454-8318 | (P)SNAP FINANCE<br>PO BOX 26561<br>SALT LAKE CITY UT 84126-0561 | SCOLOPAX LLC<br>CO WEINSTEIN RILEY PS<br>2001 WESTERN AVE STE 400<br>SEATTLE WA 98121-3132 |
| SYNCHRONY<br>ATTN BANKRUPTCY<br>PO BOX 955060<br>ORLANDO FL 32896-5060 | TD BANK USA NA<br>C O WEINSTEIN RILEY PS<br>2001 WESTERN AVENUE STE 400<br>SEATTLE WA 98121-3132 | (P)SUNBIT INC<br>ATTN LEGAL AND COMPLIANCE<br>PO BOX 24010<br>LOS ANGELES CA 90024-0010 |

```
TARGET                              (P)TOWER LOAN                      TOWER LOAN OF MISSISSIPPI  LLC
POB 9475                            P O BOX 320001                     PO BOX 320001
MAILSTOP BT                         FLOWOOD MS 39232-0001              FLOWOOD  MS 39232-0001
MINNEAPOLIS  MN 55440-9475


                                                                       EXCLUDE

(P)US BANK                          US BANKRMS                         UNITED STATES TRUSTEE
PO BOX 5229                         ATTN BANKRUPTCY                    501 EAST COURT STREET
CINCINNATI OH 45201-5229            PO BOX 5229                        SUITE 6-430
                                    CINCINNATI  OH 45201-5229          JACKSON  MS 39201-5022




UPSTART FINANCE                     UPSTART NETWORK  INC               XACT
ATTN BANKRUPTCY                     PO BOX 1931                        PO BOX 36454
PO BOX 1503                         BURLINGAME  CA 94011-1931          CINCINNATI  OH 45236-0454
SAN CARLOS  CA 94070-7503



                                    EXCLUDE                            DEBTOR

ANTHONY IRVIN KANTZ                 (P)DAVID RAWLINGS                  LORI MICHELLE KANTZ
40 BLAKE BOTTOM DR                  ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE   40 BLAKE BOTTOM DR
ELLISVILLE  MS 39437-9012           PO BOX 566                         ELLISVILLE  MS 39437-9012
                                    HATTIESBURG MS 39403-0566



EXCLUDE

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236-3767
```