B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District of Mississippi

In re  Lori Michelle Kantz  And Anthony Irvin Kantz   ,                    Case No.  23-50401

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

  Jefferson Capital Systems LLC                    Axcess Financial Services INC
        Name of Transferee                                    Name of Transferor

Name and Address where notices to transferee          Court Claim # (if known):        5
should be sent:                                       Amount of Claim:        1066.33
  Jefferson Capital Systems, LLC                     Date Claim Filed:        03/31/2023
  PO Box 7999
  St. Cloud , MN 56302-9617

Phone:  800-928-7314                                  Phone:
Last Four Digits of Acct #:        9472              Last Four Digits of Acct. #:      9472

Name and Address where transferee payments
should be sent (if different from above):
  Jefferson Capital Systems, LLC
  PO Box 772813
  Chicago , IL 60677-2813
Phone:  800-928-7314
Last Four Digits of Acct #:        9472

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Mohammedusman Khan (Bankruptcy Specialist   Date: 3/31/2026
          Transferee/Transferee's Agent

*Penalty for making a  false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

Docusign Envelope ID: 23C92C62-9CD7-476E-89FC-E4C4A675E2C8

## EXHIBIT D WAIVER OF NOTICE OF TRANSFER OF CLAIM

**Axcess Financial Services and its Affiliates** (collectively, the "Transferor") has sold and assigned certain claims to Jefferson Capital Systems, LLC ("Transferee") pursuant to a Master Accounts Sales Agreement dated as of February 17, 2026. Transferee is a limited liability company under the laws of the State of Georgia, maintaining a place of business at 200 14th Ave E, Sartell, MN 56377. Said claims arise from consumer contracts ("Accounts") issued to individuals who have filed petitions commencing cases under the U.S. Bankruptcy Code. Proofs of Claim with respect to the Accounts may have been filed under the following name:

- Axcess Financial Services, Inc.
- Check 'N' Go
- CNGO
- Allied Cash Advance
- Capital Community Bank / CC Bank
- XACT
- CNG Holdings, Inc.
- Great Lakes Specialty Finance, Inc.
- Great Plains Specialty Finance, Inc.
- Cash Store
- Southwestern & Pacific Specialty Finance, Inc.
- Southern Specialty Finance, Inc.
- Eastern Specialty Finance, Inc.
- Check 'n Go of Florida, Inc.
- Check 'n Go
- Pocket360
- Allied Cash Advance Arizona, LLC
- Allied Cash Advance California, LLC
- Ohio Specialty Finance, Inc.

Transferor consents to the attachment of a copy of this Waiver of Notice of Transfer of Claim to a Notice of Claim filed by Transferor pursuant to Federal Rule of Bankruptcy Procedure 3001 (e) (2). Transferor specifically waives the right to receive notice of and object to the filing of the Notice of Claim. Transferor requests that Transferee be substituted for Transferor immediately upon Notice of Transfer of Claim.

A copy of this Waiver of Notice of Transfer of Claim shall have the same force and effect as the original.

IN WITNESS WHEREOF, Transferor has executed this Waiver of Notice of Transfer of Claim by and through its duly authorized officer on the 17 day of February 2026.

Transferor: Axcess Financial Services, Inc, on its own behalf and as servicer for its Affiliates: [List all Seller parties]

By: _____

Name: Luke Williamson

Title: Treasurer