**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: LORI MICHELLE KANTZ**
**ANTHONY IRVIN KANTZ** **NO. 23-50401-KMS**

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Bankruptcy Rules 1010(b) and 7007.1(a), the following entities own, directly or indirectly, 10% or more of the equity interests in 21st Mortgage Corporation:

21st Mortgage Corporation is a wholly owned subsidiary of Clayton Homes, Inc., which is a wholly owned subsidiary of Berkshire Hathaway, Inc.

DATED: November 17, 2026.

**21ST MORTGAGE CORPORATION**

By: /s/ Jeff Rawlings
Its Attorney

Jeff Rawlings
Rawlings & MacInnis, P.A.
P.O. Box 1789
Madison, MS 39130-1789
601-898-1180
jeff@rawlingsmacinnis.net
MSB # 4642