United States Bankruptcy Court
Southern District of Mississippi

In re:
Lori Michelle Kantz
Anthony Irvin Kantz
Debtors

Case No. 23-50401-KMS
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-6 User: mssbad Page 1 of 2
Date Rcvd: Nov 16, 2026 Form ID: hn005kms Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Lori Michelle Kantz, Anthony Irvin Kantz, 40 Blake Bottom Dr, Ellisville, MS 39437-9012 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| David Rawlings | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Jeff D. Rawlings | on behalf of Creditor 21st Mortgage Corporation Notices@rawlingsmacinnis.net Judy@rawlingsmacinnis.net |
| John E. Tucker | on behalf of Creditor Tower Loan of Mississippi LLC d/b/a Tower Loan of Laurel jtucker@towerloan.com |
| Joseph Todd McDaniel | on behalf of Creditor Tower Loan of Mississippi LLC d/b/a Tower Loan of Laurel jmcdaniel@towerloan.com, cedouglas@towerloan.com |

| | |
|---|---|
| Thomas Carl Rollins, Jr | on behalf of Debtor Lori Michelle Kantz trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com;perry@the |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Anthony Irvin Kantz trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com;perry@the |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 8

Form hn005kms (Rev. 10/18)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

**Lori Michelle Kantz**
**Anthony Irvin Kantz**
**DEBTORS.**

**CASE NO. 23–50401–KMS**

**CHAPTER 13**

## NOTICE OF HEARING AND DEADLINES

21st Mortgage Corporation has filed a Motion to Abandon Collateral and Lift Stay (the "Motion") (Dkt. # 78) with the Court in the above–styled case.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you might wish to consult one.)**

The Court will hold a combined and final hearing on December 17, 2026, at 10:30 AM in the William M. Colmer Federal Building, Courtroom 2, 701 Main Street, Hattiesburg, Mississippi, to consider and act upon the Motion.

If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion, you or your attorney must file a written response explaining your position so that the Court receives it on or before December 10, 2026 (Response Due Date). Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney. Attorneys and Registered Users of the Electronic Case Filing (ECF) system should file any response using ECF. Others should file any response at U.S. Bankruptcy Court, Dan M. Russell, Jr. U.S. Courthouse, 2012 15th Street, Suite 244, Gulfport, MS, 39501. If you file a response, you or your attorney are required to attend the hearing. The hearing will be electronically recorded by the Court.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the Motion. If no response is filed, the Court may consider the Motion and enter an order granting relief before the hearing date.

Dated: 11/16/26

Danny L. Miller, Clerk of Court
U.S. Bankruptcy Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228–563–1790

Courtroom Deputy
228–563–1797 (use to advise of settlement)
228–563–1841

Parties Noticed:

Lori Michelle Kantz, Debtor

Anthony Irvin Kantz, Joint Debtor

Thomas Carl Rollins, Jr., Esq.

David Rawlings, Trustee

Jeff Rawlings, Esq.